**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| JACKILYN BUNNETT, PLAINTIFF, | ) | |
| VS. | ) | Case No: 2:22-cv-12414<br>Hon. Brandy R. McMillion |
| WILLIAM BEAUMONT HOSPITAL, DEFENDANT. | ) | |

**ORDER STRIKING PLAINTIFF'S EMERGENCY MOTION TO ENFORCE THE EMPLOYMENT SCOPE OF THE RESOLUTION AND TO STRIKE DEFENDANT'S UNAUTHORIZED PEDIATRIC MALPRACTICE AND ASSAULT WAIVERS (ECF NO. 50)**

The Court has reviewed Plaintiff's Emergency Motion to Enforce the Employment Scope of the Resolution and to Strike Defendant's Unauthorized Pediatric Malpractice and Assault Waivers (ECF No. 50). The Court strikes that document for the following reason(s):

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Brandy R. McMillion*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=58.

☒ Other: Plaintiff is represented by counsel and filed this motion *pro se*. Pursuant to E.D. Mich. LR 83.25, all filings must come through counsel of record; because once an attorney files an appearance, they remain the point of contact for the Court until a final judgment is entered or the Court grants a motion to withdraw or substitute counsel.

**IT IS SO ORDERED.**

Dated: September 29, 2026
Detroit, Michigan

s/Brandy R. McMillion
Brandy R. McMillion
United States District Judge